

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Lufkin US Acquisition Company, LLC,  \* From the 142nd District Court
of Midland County,
Trial Court No. CV60629.

No. 11-24-00139-CV  \* April 24, 2025

Josh Carty; Kevin Phillips; and  \* Memorandum Opinion by Bailey, C.J.
Liberty Lift Solutions, LLC,  (Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Lufkin US Acquisition Company, LLC's unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.